** E-filed October 29, 2010 **

United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,

Plaintiffs,

v.

ACS CONTROLS, CORPORATION, a California corporation,

Defendant.

_____________________________________/

No. C10-02767 HRL

**ORDER VACATING NOVEMBER 2, 2010 HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

**[Re: Docket No. 10]**

Pursuant to Civil Local Rule 7-1(b), Plaintiffs' motion for default judgment (Docket No. 10) is deemed suitable for determination without oral argument, and the November 2, 2010 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: October 29, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**C10-02767 HRL Notice will be electronically mailed to:**

Mark Stephen Renner mrenner@wmprlaw.com, jchargin@wmprlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**