United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Trustees of the U.A. Local 393 Pension Fund and the U.A. Local 393 Health and Welfare Trust Fund,<br><br>    Plaintiff,<br>  v.<br><br>ACS Controls Corp.,<br><br>    Defendant.<br>_____/ | NO. C 10-02767 JW<br><br>**ORDER VACATING EXAMINATION OF JUDGMENT DEBTOR** |

This case is scheduled for an Examination of Judgment Debtor on January 30, 2011. On January 23, 2012, the Court received notice that the judgment in this matter has been satisfied in full. (See Docket Item No. 27.) Accordingly, the Court finds that a Judgment Debtor Examination is unnecessary, and VACATES the Judgment Debtor Examination.

Dated: January 24, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark Stephen Renner mrenner@wmprlaw.com

| | |
|---|---|
| **Dated: January 24, 2012** | **Richard W. Wieking, Clerk** |
| | **By:    /s/ JW Chambers**<br>      **Susan Imbriani**<br>      **Courtroom Deputy** |